JACKSON, *ex dem.* BOND and others, *against* ROOT.

The fees paid for *exemplifications of records,* produced in evidence on the trial of a cause, may be taxed in the costs to be recovered in the suit.

A question arose as to the taxation of the costs in this cause, in which judgment was given for the defendant in *May* term last: (vide *S. C. ante,* 60.) namely, whether the cost of the *exemplifications of the records* given in evidence, at the trial, on the part of the defendant, could be taxed as part of the costs to be recovered by him against the plaintiff.

*T. Birdseye,* for the defendant.

*E. Griffin,* contra.

*Per Curiam.* The cost of the exemplifications are a proper charge, and ought to be taxed.